Charles Canter, U.S. Attorney's Office, Cleveland, OH, David Edward Dauenheimer, Karen Drummond, Richard M. Evans, Barry J. Pettinato, U.S. Department of Justice, Washington, DC, for Respondent.

Before RILEY, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Teresa Mendoza petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an Immigration Judge's (IJ's) denial of her application for cancellation of removal.[2] After careful review of the record, we agree with the IJ and the BIA that Mendoza is statutorily ineligible for cancellation of removal because she failed to establish continuous physical presence in the United States for a period of ten years preceding issuance of the notice to appear in February 2002, given that she voluntarily departed the United States under threat of deportation in July 1992. *See Ortiz–Cornejo v. Gonzales,* 400 F.3d 610, 612 (8th Cir.2005); *Palomino v. Ashcroft,* 354 F.3d 942, 944–45 (8th Cir.2004). Mendoza's lawful reentry in July 1992 allowed her to begin accruing a new period of continuous physical presence, *see Okeke v. Gonzales,* 407 F.3d 585, 589–90 (3d Cir.2005), which ended with service of the notice to appear in February 2002, before she had accrued the requisite ten years continuous physical presence. Accordingly, we deny the petition.

Angela MANNS, M.D., M.P.H.,
Appellant,

v.

UNIVERSITY OF ARKANSAS MEDICAL CENTER; National Institutes of Health; U.S. Public Health Service; Howard University, Appellees.

No. 08–1515.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 31, 2009.

Filed: April 3, 2009.

Angela Manns, M.D., M.P.H., Rockville, MD, pro se.

Sarah James, Associate General Counsel, University of Arkansas, Office of General Counsel, Little Rock, AR, for Appellees.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Angela Manns appeals the district court's[1] dismissal of her employment-discrimination action. Upon careful review,

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

*see Owen v. General Motors Corp.,* 533 F.3d 913, 918 (8th Cir.2008), we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.